

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2013

No. 04-13-00286-CV

Alberto **TREVINO**, III,
Appellant

v.

Ethelina Gloria Lopez **TREVINO**, Individually,
and on behalf of the Estate of Alberto Trevino, Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,257
Honorable Jose A Lopez, Judge Presiding

## ORDER

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is **DENIED**.

It is so **ORDERED** on November 13th, 2013.

PER CURIAM

ATTESTED TO:

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court